UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,          )
                           )   2:07-cv-594-GEB-KJM
          Plaintiff,       )
                           )
     v.                    )   ORDER RE: SETTLEMENT
                           )   AND DISPOSITION
REGAL CINEMAS, INC.,       )
                           )
          Defendant.       )
_____)

On May 9, 2007, Plaintiff filed a Notice of Settlement indicating "the parties have settled this action" and "[d]ispositional documents will be filed within (20) calendar days."  Therefore, a dispositional document shall be filed no later than May 29, 2007.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  May 9, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge